#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 18-70254-JAD |
| William P. Faight and | : |
| Claudine Faight, | : Chapter 13 |
| Debtors | : |
| | : |

### CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 30th day of May, 2018, a true and correct copy of the Order dated May 29, 2018, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

WAL-MART ASSOCIATES, INC.
702 S.W. 8TH STREET
BENTONVILLE, AR 72716

WILLIAM P. FAIGHT
CLAUDINE FAIGHT
1024 GOUCHER STREET
JOHNSTOWN, PA 15905

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: May 30, 2018

Respectfully submitted,
   /s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors