**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70254-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| William P Faight<br>1024 Goucher Street<br>Johnstown PA 15905 | Claudine Faight<br>1024 Goucher Street<br>Johnstown PA 15905 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/06/2019.

Name and Address of Alleged Transferor(s):

Claim No. 9: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/08/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
William P Faight
Claudine Faight
      Debtors

Case No. 18-70254-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Feb 06, 2019
                    Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2019.
14823354        +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2019 at the address(es) listed below:
         James Warmbrodt     on behalf of Creditor     Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
         Kenneth P. Seitz     on behalf of Joint Debtor Claudine   Faight thedebterasers@aol.com
         Kenneth P. Seitz     on behalf of Debtor William P Faight thedebterasers@aol.com
         Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
         S. James Wallace     on behalf of Creditor     Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                TOTAL: 6