# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 18-70254-JAD** |
| **William P. Faight and** | : | |
| **Claudine Faight,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No. 41** |
| **William P. Faight,** | : | |
| **Movant** | : | |
| vs. | : | |
| | : | |
| **Aes/bela-us Bank,** | : | |
| **Barclays Bank Delaware,** | : | |
| **Bureaus Investment Group,** | : | |
| **Cap1/Maurices,** | : | |
| **Capital One,** | : | |
| **Cavalry Portfolio,** | : | |
| **Citibank, N.A.,** | : | |
| **Citizens Bank, N.A.,** | : | |
| **Comenity Bank,** | : | |
| **Comenity-Gander MasterCard,** | : | |
| **Comenity-Victoria Secret,** | : | |
| **Comenity-Boscov,** | : | |
| **Commerce Bank,** | : | |
| **Conemaugh Memorial Medical,** | : | |
| **First National Bank of PA,** | : | |
| **First Source, LLC,** | : | |
| **Jh Portfolio Debt,** | : | |
| **Midland Funding,** | : | |
| **Nationstar/Mr. Cooper,** | : | |
| **PHEAA,** | : | |
| **Portfolio Recovery Associates,** | : | |
| **Quantum3 Group, LLC,** | : | |
| **Receivables Performance,** | : | |
| **Syncb/Ashley Furniture,** | : | |
| **Syncb/GAP,** | : | |
| **Syncb/Amazon,** | : | |
| **Syncb/JCP,** | : | |
| **United Collection Bureau, Inc.,** | : | |
| **Verizon,** | : | |
| **Respondent** | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
| **Additional Respondent** | : | |

## NOTICE OF HEARING WITH RESPONSE DEADLINE ON
## MOTION TO WITHDRAW 401(K) FUNDS

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

      You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **June 8, 2020** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.

      If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled. You should take the Notice and the Motion to a lawyer at once.

      A telephonic hearing will be held on **Wednesday, June 24, 2020 at 11:00 AM** before the Honorable Jeffery A. Deller. Parties wishing to appear telephonically must register (and pay the regular charge) with CourtCall at (866) 582-6878 no later than twenty-four (24) hours prior to the scheduled hearing. All counsel and parties participating telephonically shall comply with the procedures of telephonic participation set forth in the procedures for Judge Deller's cases, which may be found on the Court's webpage at www.pawb.uscourts.gov.

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date of service:  May 21, 2020            Attorney for Movant:

                                                      /s/ Kenneth P. Seitz, Esquire
                                                    Kenneth P. Seitz, Esquire
                                                    PA I.D. # 81666
                                                    Law Offices of Kenny P. Seitz
                                                    P.O. Box 211
                                                    Ligonier, PA  15658
                                                    (814) 536-7470