## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 18-70254-JAD** |
| **William P. Faight and** | : | |
| **Claudine Faight,** | : | **Chapter 13** |
|         **Debtors** | : | |
| | : | **Docket No. 42** |
| **William P. Faight,** | : | |
|         **Movant** | : | **Hearing Date & Time: June 24, 2020** |
|     **vs.** | : |                       **11:00 AM** |
| | : | |
| **Aes/bela-us Bank,** | : | |
| **Barclays Bank Delaware,** | : | |
| **Bureaus Investment Group,** | : | |
| **Cap1/Maurices,** | : | |
| **Capital One,** | : | |
| **Cavalry Portfolio,** | : | |
| **Citibank, N.A.,** | : | |
| **Citizens Bank, N.A.,** | : | |
| **Comenity Bank,** | : | |
| **Comenity-Gander MasterCard,** | : | |
| **Comenity-Victoria Secret,** | : | |
| **Comenity-Boscov,** | : | |
| **Commerce Bank,** | : | |
| **Conemaugh Memorial Medical,** | : | |
| **First National Bank of PA,** | : | |
| **First Source, LLC,** | : | |
| **Jh Portfolio Debt,** | : | |
| **Midland Funding,** | : | |
| **Nationstar/Mr. Cooper,** | : | |
| **PHEAA,** | : | |
| **Portfolio Recovery Associates,** | : | |
| **Quantum3 Group, LLC,** | : | |
| **Receivables Performance,** | : | |
| **Syncb/Ashley Furniture,** | : | |
| **Syncb/GAP,** | : | |
| **Syncb/Amazon,** | : | |
| **Syncb/JCP,** | : | |
| **United Collection Bureau, Inc.,** | : | |
| **Verizon,** | : | |
|                 **Respondent** | : | |
|     **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee** | : | |
|         **Additional Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO WITHDRAW 401(K) FUNDS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Husband-Debtor's Motion to Withdraw 401(K) Funds filed on May 21, 2020, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Husband-Debtor's Motion to Withdraw 401(K) Funds appears thereon. Pursuant to the Notice of Hearing, objections to the Husband-Debtor's Motion to Withdraw 401(K) Funds were to be filed and served no later than June 8, 2020.

It is hereby respectfully requested that the Order attached to the Husband-Debtor's Motion to Withdraw 401(K) Funds be entered by the Court.

Dated: June 9, 2020                           /s/ Kenneth P. Seitz, Esquire
                                              Kenneth P. Seitz, Esquire
                                              PA I.D. #81666
                                              The Law Offices of Kenny P. Seitz
                                              P.O. Box 211
                                              Ligonier, PA 15658
                                              (814) 536-7470