FILED
6/15/20 5:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **DEFAULT O/E JAD** |
| William P. Faight and | : | |
| Claudine Faight, | : | Bankruptcy No. 18-70254-JAD |
| Debtors | : | |
| | : | Chapter 13 |
| William P. Faight, | : | |
| Movant | : | Related To Doc. No. 40 |
| vs. | : | |
| | : | |
| Aes/bela-us Bank, | : | |
| Barclays Bank Delaware, | : | |
| Bureaus Investment Group, | : | |
| Cap1/Maurices, | : | |
| Capital One, | : | |
| Cavalry Portfolio, | : | |
| Citibank, N.A., | : | |
| Citizens Bank, N.A., | : | |
| Comenity Bank, | : | |
| Comenity-Gander MasterCard, | : | |
| Comenity-Victoria Secret, | : | |
| Comenity-Boscov, | : | |
| Commerce Bank, | : | |
| Conemaugh Memorial Medical, | : | |
| First National Bank of PA, | : | |
| First Source, LLC, | : | |
| Jh Portfolio Debt, | : | |
| Midland Funding, | : | |
| Nationstar/Mr. Cooper, | : | |
| PHEAA, | : | |
| Portfolio Recovery Associates, | : | |
| Quantum3 Group, LLC, | : | |
| Receivables Performance, | : | |
| Syncb/Ashley Furniture, | : | |
| Syncb/GAP, | : | |
| Syncb/Amazon, | : | |
| Syncb/JCP, | : | |
| United Collection Bureau, Inc., | : | |
| Verizon, | : | |
| Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee | : | |
| Additional Respondent | : | |

## DEFAULT ORDER

**AND NOW**, this <u>15th</u> day of <u>June</u>, 2020, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's certification of service and certification of no objection, it is hereby:

ORDERED that the above Motion of the Husband-Debtor William P. Faught is GRANTED.

Movants shall, within 5 days hereof, serve a copy of the within Order on parties interest and file a certificate of service.

                                                                 Jeffery A. Deller
                                                                 United States Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    William P. and Claudine Faught
    Kenneth P. Seitz, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
William P Faight  
Claudine Faight  
       Debtors

Case No. 18-70254-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: culy     Page 1 of 1     Date Rcvd: Jun 15, 2020  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.  
db/jdb        +William P Faight,    Claudine Faight,    1024 Goucher Street,    Johnstown, PA 15905-2945

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
- James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper    bkgroup@kmllawgroup.com
- Kenneth P. Seitz    on behalf of Joint Debtor Claudine   Faight thedebterasers@aol.com
- Kenneth P. Seitz    on behalf of Debtor William P Faight thedebterasers@aol.com
- Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
- S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

                                                                                                                          TOTAL: 6