# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Claudine Faight<br>William P. Faight<br>      Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>      Movant<br>    vs.<br><br>Claudine Faight<br>William P. Faight<br>      Debtors<br><br>Ronda J. Winnecour, Esquire<br>      Trustee | Bankruptcy No. 18-70254-JAD<br><br>Chapter 13<br><br>Related To Doc. Nos. 50, 48 |

## ORDER OF COURT

AND NOW, this 11th day of February, 2021, counsel for the parties having consented hereto, it is hereby ORDERED that the Notice of Mortgage Payment Change filed January 20, 2021 at Doc. No. 50 by Nationstar Mortgage LLC d/b/a Mr. Cooper, is DISALLOWED AS WITHDRAWN.

It is FURTHER ORDERED that Debtors' Objection to said Notice, filed at Doc. No. 48, is OVERRULED AS MOOT, and the hearing self-scheduled for March 17, 2021, at 11:00 AM is CANCELLED.

BY THE COURT:

_____
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
    Claudine and William P. Faight
    Brian C. Nicholas, Esquire
    Kenneth P. Seitz, Esquire
    Ronda J. Winnecour, Esquire
    Office of United States Trustee