Case 18-70254-JAD    Doc 53    Filed 02/13/21    Entered 02/14/21 00:37:50    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
2/11/21 8:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Claudine Faight<br>William P. Faight<br>　　　　　　　　　　Debtors<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Claudine Faight<br>William P. Faight<br>　　　　　　　　　　Debtors<br><br>Ronda J. Winnecour, Esquire<br>　　　　　　　　　　Trustee | Bankruptcy No. 18-70254-JAD<br><br>Chapter 13<br><br>Related To Doc. Nos. 50, 48 |

### ORDER OF COURT

AND NOW, this 11th day of February, 2021, counsel for the parties having consented hereto, it is hereby ORDERED that the Notice of Mortgage Payment Change filed January 20, 2021 at Doc. No. 50 by Nationstar Mortgage LLC d/b/a Mr. Cooper, is DISALLOWED AS WITHDRAWN.

It is FURTHER ORDERED that Debtors' Objection to said Notice, filed at Doc. No. 48, is OVERRULED AS MOOT, and the hearing self-scheduled for March 17, 2021, at 11:00 AM is CANCELLED.

BY THE COURT:

_____ mas
Honorable Jeffery A. Deller
U.S. Bankruptcy Judge

CASE ADMINISTRATOR SHALL SERVE:
　Claudine and William P. Faight
　Brian C. Nicholas, Esquire
　Kenneth P. Seitz, Esquire
　Ronda J. Winnecour, Esquire
　Office of United States Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70254-JAD |
| William P Faight | Chapter 13 |
| Claudine Faight | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: culy | Page 1 of 2 |
| Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + William P Faight, Claudine Faight, 1024 Goucher Street, Johnstown, PA 15905-2945 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 13, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Claudine Faight thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor William P Faight thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |

District/off: 0315-7 | User: culy | Page 2 of 2
Date Rcvd: Feb 11, 2021 | Form ID: pdf900 | Total Noticed: 1

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 6