IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| William P Faight ) | Case No. 18-70254JAD |
| Claudine Faight ) | Chapter 13 |
| Debtor(s) ) | |
| ) | |
| Ronda J. Winnecour, ) | Re. Doc. 59 |
| Chapter 13 Trustee ) | |
| ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| MCLP Asset Company Inc ) | |
| ) | |
| Respondent(s) ) | |

## WITHDRAWAL OF TRUSTEE'S NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL

The Trustee's Notice That Mortgage Claim Has Been Paid in Full that was filed in the above-referenced case on August 16, 2022 (document #59) is hereby WITHDRAWN.

Respectfully submitted

8/18/2022                   /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| William P Faight | Case No. 18-70254JAD |
| Claudine Faight | Chapter 13 |
| Debtor(s) | |
| Ronda J. Winnecour, | Re. Doc. 59 |
| Chapter 13 Trustee | |
| Movant(s) | |
| vs. | |
| MCLP Asset Company Inc | |
| Respondent(s) | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

WILLIAM P FAIGHT
CLAUDINE FAIGHT
1024 GOUCHER STREET
JOHNSTOWN, PA  15905

KENNETH P SEITZ ESQ
LAW OFFICES OF KENNY P SEITZ
POB 211
LIGONIER, PA  15658

MCLP ASSET COMPANY INC
C/O SELENE FINANCE LP
ATTN BK DEPT
3501 OLYMPUS BLVD STE 500
DALLAS, TX  75019

KML LAW GROUP PC*
701 MARKET ST STE 5000
PHILADELPHIA, PA  19106

| | |
|---|---|
| <u>8/18/2022</u><br>date | <u>/s/ Roberta Saunier</u><br>Office of the Chapter 13 Trustee<br>US Steel Tower – Suite 3250<br>600 Grant Street<br>Pittsburgh, PA  15219<br>(412) 471-5566 |