**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

10/11/2022

IN RE:

| | |
|---|---|
| WILLIAM P FAIGHT<br>CLAUDINE FAIGHT<br>1024 GOUCHER STREET<br>JOHNSTOWN, PA 15905<br>XXX-XX-3874           Debtor(s)<br><br>XXX-XX-4500 | Case No.18-70254 JAD<br><br>Chapter 13 |

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

10/11/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  AMAZON/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.:  4111 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA  19106 | Trustee Claim Number:2   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NATIONSTAR~MR COOPER/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **CITIZENS BANK(*)**<br>1 CITIZENS DRIVE<br>RIVERSIDE, RI  02915 | Trustee Claim Number:3   INT %:  3.87%<br>Court Claim Number:2<br>CLAIM:  19,852.81<br>COMMENT:  $/CL2 GOV@3.87%/PL*$20,961.75/CL*PIF/CR | CRED DESC:  VEHICLE<br>ACCOUNT NO.:  0921 |
| **FIRST NATIONAL BANK OF PA(*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA  16148 | Trustee Claim Number:4   INT %:  0.00%<br>Court Claim Number:3<br>CLAIM:  0.00<br>COMMENT:  CL3GOVS*304/PL*304.86X(60+2)=LMT*0613/SCH | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  8699 |
| **MCLP ASSET COMPANY INC**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX  75019 | Trustee Claim Number:5   INT %:  0.00%<br>Court Claim Number:19<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*CL19GOVS*1213/PL*DK4LMT*BGN 5/18*FR NATIONSTAR-DOC 56 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.:  3780 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN  55116-0478 | Trustee Claim Number:6   INT %:  0.00%<br>Court Claim Number:9<br>CLAIM:  14,743.85<br>COMMENT:  0009~BELA~US BANK/SCH*FR BELA US BANK C/O PHEAA-DOC 35 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4500 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA  23541 | Trustee Claim Number:7   INT %:  0.00%<br>Court Claim Number:18<br>CLAIM:  6,817.27<br>COMMENT:  JETBLUE REWARDS~BARCLAYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6837 |
| **CAPITAL ONE\*\***<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:8   INT %:  0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  MARCS/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  5905 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:9   INT %:  0.00%<br>Court Claim Number:22<br>CLAIM:  2,265.20<br>COMMENT:  CAPITAL ONE BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4162 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI  48090 | Trustee Claim Number:10  INT %:  0.00%<br>Court Claim Number:4<br>CLAIM:  1,259.52<br>COMMENT:  COMENITY CAPITAL BANK/BOSCOVS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  2712 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **QUANTUM3 GROUP LLC AGNT - COMENITY BANK**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 23 | CLAIM: 2,959.56<br>COMMENT: VICTORIAS SECRET/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4451 |
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 12 | CLAIM: 1,997.68<br>COMMENT: COMENITY~BOSCOVS/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6126 |
| **COMMERCE BANK NA***<br>POB 419248<br>KCREC-10<br>KANSAS CITY, MO 64141-6248 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7173 |
| **CONEMAUGH MEMORIAL MEDICAL CENTER**<br>PO BOX 603396<br>CHARLOTTE, NC 28260 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 1-2 | CLAIM: 1,074.60<br>COMMENT: AMD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3874 |
| **CONEMAUGH PHYSICIANS GROUP**<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15905 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6432 |
| **FIRSTSOURCE ADVANTAGE, LLC**<br>205 BRYANT WOODS SOUTH<br>BUFFALO, NY 14228 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0092 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 5 | CLAIM: 14,055.42<br>COMMENT: 017S~CITI/SCH*SEARS MASTERCARD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2229 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 11 | CLAIM: 3,300.42<br>COMMENT: 5121~JH PORTFOLIO~CITIBANK/SCH*BEST BUY*JUDGMENT*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6912 |
| **MEMORIAL MEDICAL CNTR**<br>1086 FRANKLIN ST<br>JOHNSTOWN, PA 15901 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: | CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5800 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 8 | CLAIM: 1,359.84<br>COMMENT: SYNCHRONY BANK/SCH*AEO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9451 |

| Creditor | Claim Info | Description |
|---|---|---|
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:21 INT %: 0.00%<br>Court Claim Number:6<br>CLAIM: 4,397.28<br>COMMENT: 0332~COMENITY BANK/SCH*GANDER MOUNTAIN*JUDGMENT*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4575 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:22 INT %: 0.00%<br>Court Claim Number:14<br>CLAIM: 3,667.10<br>COMMENT: SYNCH BANK/SCH*LOWES | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1135 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:23 INT %: 0.00%<br>Court Claim Number:17<br>CLAIM: 3,587.79<br>COMMENT: SYNCh BANK~AMAZON/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4111 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:24 INT %: 0.00%<br>Court Claim Number:16<br>CLAIM: 7,596.64<br>COMMENT: CITIBANK/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4740 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number:25 INT %: 0.00%<br>Court Claim Number:15<br>CLAIM: 2,954.90<br>COMMENT: SYNC BANK~JCP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1897 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:26 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ASHLEY FRNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1343 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:27 INT %: 0.00%<br>Court Claim Number:21<br>CLAIM: 1,564.68<br>COMMENT: GAP/SCH*SYNCHRONY BANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6234 |
| **VERIZON BY AMERICAN INFOSOURCE LP - AGENT**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:28 INT %: 0.00%<br>Court Claim Number:20<br>CLAIM: 543.36<br>COMMENT: NO LAST PMT DATE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CAVALRY PORTFOLIO SERVICES LLC(*)**<br>PO BOX 27288<br>TEMPE, AZ 85282 | Trustee Claim Number:29 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number:30 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 2229 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CITIBANK NA**\*\*<br>6716 GRADE LN BLDG 9 STE 910-PY DEPT<br><br>LOUISVILLE, KY 50325-3439 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: 4740 |
| **COMENITY BANK**<br>PO BOX 182272<br><br>COLUMBUS, OH 43218 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~GNDR MNTN/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **RPM**<br>PO BOX 1548<br><br>LYNNWOOD, WA 98046 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **THE BUREAUS INC**<br>650 DUNDEE RD STE 370<br><br>NORTHBROOK, IL 60062-2757 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **UNITED COLLECTION BUREAU INC**<br>5620 SOUTHWYCK BLVD<br><br>TOLEDO, OH 43614 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **CAVALRY SPV I LLC - ASSIGNEE**(\*)<br>C/O CAVALRY PORTFOLIO SERVICES LLC\*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 13,041.54<br>COMMENT: NT/SCH\*CITIBANK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8768 |
| **PEOPLES NATURAL GAS CO LLC**\*<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC**\*<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA 15212 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:13<br><br>CLAIM: 295.97<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6168 |
| **MCLP ASSET COMPANY INC**<br>C/O SELENE FINANCE LP<br>ATTN BK DEPT<br>3501 OLYMPUS BLVD STE 500<br>DALLAS, TX 75019 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:19<br><br>CLAIM: 1,223.16<br>COMMENT: CL19GOVS\*ARRS/PL=$0\*THRU 4/18\*FR NATIONSTAR-DOC 56 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 3780 |
| **BUREAUS INVESTMENT GROUP PORTFOLIO NC**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA 23541 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:7<br><br>CLAIM: 1,582.64<br>COMMENT: NT/SCH\*CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7552 |