UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/11/23 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  WILLIAM P FAIGHT<br>  CLAUDINE FAIGHT<br>          Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>          Movant<br>              vs.<br>  WILLIAM P FAIGHT<br>  CLAUDINE FAIGHT<br><br>          Respondents | Case No.18-70254JAD<br><br>Chapter 13<br><br>Related to Dkt. ECF No. 67 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   11th  day of  May,   2023,       , it is hereby ORDERED, ADJUDGED, and DECREED that,

Wal-Mart Associates
Attn: Payroll Manager
702 Sw 8Th St
Bentonville,AR 72716-

is hereby ordered to immediately terminate the attachment of the wages of WILLIAM P FAIGHT, social security number XXX-XX-3874.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of WILLIAM P FAIGHT.

BY THE COURT:

_____
JEFFERY A. DELLERjah
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70254-JAD |
| William P Faight | Chapter 13 |
| Claudine Faight | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: May 11, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William P Faight, Claudine Faight, 1024 Goucher Street, Johnstown, PA 15905-2945 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. cwohlrab@raslg.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Claudine Faight thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor William P Faight thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7