**Form 408**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William P Faight**
**Claudine Faight**
Debtor(s)

Bankruptcy Case No.: 18−70254−JAD

Chapter: 13
Docket No.: 75 − 74

## ORDER SETTING DATE CERTAIN
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 27th of June, 2023, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 8/21/23.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/30/23 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **8/21/23.**

                                                      Jeffery A. Deller
                                                      United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70254-JAD |
| William P Faight | Chapter 13 |
| Claudine Faight | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 52 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William P Faight, Claudine Faight, 1024 Goucher Street, Johnstown, PA 15905-2945 |
| 14805758 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14805762 | + | Citibank, N.A., 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14805769 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805770 | | DLP, Conemaugh Phys Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805773 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15496044 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14805775 | | Memorial Medical Center, P.O. Box 603396, Charlotte, NC 28260-3396 |
| 14805778 | + | Midland Funding, LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14805789 | + | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14805756 | + | Email/Text: bncnotifications@pheaa.org | Jun 28 2023 00:52:00 | Aes/bela-us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14805757 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14820047 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:06:54 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14813922 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2023 00:51:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14805763 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2023 00:51:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14805759 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:29:54 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14805760 | + | Email/Text: bankruptcy@cavps.com | Jun 28 2023 00:53:00 | Cavalry Portfolio, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14825640 | + | Email/Text: bankruptcy@cavps.com | Jun 28 2023 00:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14805761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:29:37 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14805764 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 14805765 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| | | Jun 28 2023 00:52:00 | Comenity-Gander MasterCard, P.O. Box 659569, San Antonio, TX 78265-9569 |
|---|---|---|---|
| 14805766 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14805767 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14805768 | Email/Text: bankruptcy@commercebank.com | Jun 28 2023 00:53:00 | Commerce Bank, P.O. Box 801042, Kansas City, MO 64180-1042 |
| 14989966 | Email/Text: ECMCBKNotices@ecmc.org | Jun 28 2023 00:52:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14818193 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14805771 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14805772 | + Email/Text: crdept@na.firstsource.com | Jun 28 2023 00:53:00 | First Source, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14805774 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 28 2023 00:53:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14805776 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14805777 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14820028 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14855365 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14805779 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14823354 | + Email/Text: bncnotifications@pheaa.org | Jun 28 2023 00:52:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14805781 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:19:26 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14806393 | + Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:06:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14831170 | + Email/Text: ebnpeoples@grblaw.com | Jun 28 2023 00:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14805780 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:19:16 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14858772 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14859973 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14831095 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14805782 | + Email/Text: Supportservices@receivablesperformance.com | Jun 28 2023 00:53:00 | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14805783 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:23 | Syncb/ashley Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14805784 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:20 | Syncb/gap, Po Box 965005, Orlando, FL |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14805785 | | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:27 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-5005 / 32896-0061 |
| 14805787 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:11 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14805788 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:19:28 | Synchrony Bank/JC Penny, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14805789 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 28 2023 00:52:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14805790 | + | Email/Text: BAN140310@UCBINC.COM | Jun 28 2023 00:52:00 | United Collection Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |
| 14857906 | | Email/PDF: ebn_ais@aisinfo.com | Jun 28 2023 01:19:10 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14805791 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 28 2023 00:51:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company, Inc. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 14812099 | | Conemaugh memorial hospital |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14852248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14805786 | *+ | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company Inc. cwohlrab@raslg.com, cwohlrab@ecf.courtdrive.com |

District/off: 0315-7 | User: auto | Page 4 of 4
Date Rcvd: Jun 27, 2023 | Form ID: 408 | Total Noticed: 52

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Kenneth P. Seitz
    on behalf of Joint Debtor Claudine Faight thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor William P Faight thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8