**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM P FAIGHT<br>CLAUDINE FAIGHT<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>    vs.<br>No Respondents. | Case No.:18-70254 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2023

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/05/2018 and confirmed on 5/24/18 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 135,262.16 |
| Less Refunds to Debtor | 1,839.83 | |
| TOTAL AMOUNT OF PLAN FUND | | 133,422.33 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,619.00 | |
|   Trustee Fee | 6,092.12 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,711.12 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 0.00 | 18,901.32 | 0.00 | 18,901.32 |
|     Acct: 8699 | | | | |
|   MCLP ASSET COMPANY INC | 0.00 | 74,306.62 | 0.00 | 74,306.62 |
|     Acct: 3780 | | | | |
|   MCLP ASSET COMPANY INC | 1,223.16 | 1,223.16 | 0.00 | 1,223.16 |
|     Acct: 3780 | | | | |
|   CITIZENS BANK | 19,852.81 | 19,852.81 | 1,931.59 | 21,784.40 |
|     Acct: 0921 | | | | |
| | | | | 116,215.50 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM P FAIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM P FAIGHT | 1,026.00 | 1,026.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM P FAIGHT | 813.83 | 813.83 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   ECMC(*) | 14,743.85 | 1,240.84 | 0.00 | 1,240.84 |
|     Acct: 4500 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,817.27 | 573.74 | 0.00 | 573.74 |
|     Acct: 6837 | | | | |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5905 | | | | |
|   MIDLAND FUNDING LLC | 2,265.20 | 190.64 | 0.00 | 190.64 |
|     Acct: 4162 | | | | |
|   MIDLAND FUNDING LLC | 1,259.52 | 106.00 | 0.00 | 106.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 2712 | | | | |
| | QUANTUM3 GROUP LLC AGNT - COMENIT | 2,959.56 | 249.08 | 0.00 | 249.08 |
| | Acct: 4451 | | | | |
| | QUANTUM3 GROUP LLC - AGENT MOMA | 1,997.68 | 168.12 | 0.00 | 168.12 |
| | Acct: 6126 | | | | |
| | COMMERCE BANK NA* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7173 | | | | |
| | CONEMAUGH MEMORIAL MEDICAL CENT | 1,074.60 | 90.44 | 0.00 | 90.44 |
| | Acct: 3874 | | | | |
| | CONEMAUGH PHYSICIANS GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6432 | | | | |
| | FIRSTSOURCE ADVANTAGE, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0092 | | | | |
| | MIDLAND FUNDING LLC | 14,055.42 | 1,182.90 | 0.00 | 1,182.90 |
| | Acct: 2229 | | | | |
| | MIDLAND FUNDING LLC | 3,300.42 | 277.76 | 0.00 | 277.76 |
| | Acct: 6912 | | | | |
| | MEMORIAL MEDICAL CNTR | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5800 | | | | |
| | MIDLAND FUNDING LLC | 1,359.84 | 114.44 | 0.00 | 114.44 |
| | Acct: 9451 | | | | |
| | MIDLAND FUNDING LLC | 4,397.28 | 370.08 | 0.00 | 370.08 |
| | Acct: 4575 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,667.10 | 308.62 | 0.00 | 308.62 |
| | Acct: 1135 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 3,587.79 | 301.95 | 0.00 | 301.95 |
| | Acct: 4111 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 7,596.64 | 639.33 | 0.00 | 639.33 |
| | Acct: 4740 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 2,954.90 | 248.68 | 0.00 | 248.68 |
| | Acct: 1897 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1343 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 1,564.68 | 131.68 | 0.00 | 131.68 |
| | Acct: 6234 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 543.36 | 45.73 | 0.00 | 45.73 |
| | Acct: 0001 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 13,041.54 | 1,097.58 | 0.00 | 1,097.58 |
| | Acct: 8768 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 295.97 | 24.91 | 0.00 | 24.91 |
| | Acct: 6168 | | | | |
| | BUREAUS INVESTMENT GROUP PORTFO | 1,582.64 | 133.19 | 0.00 | 133.19 |
| | Acct: 7552 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4111 | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | CAVALRY PORTFOLIO SERVICES LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2229 | | | | |
| | CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4740 | | | | |
| | COMENITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RPM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | THE BUREAUS INC | 0.00 | 0.00 | 0.00 | 0.00 |

18-70254 JAD                                                                                                    Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | | | | | |
| | UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 7,495.71 |

| | | |
|---|---:|---:|
| **TOTAL PAID TO CREDITORS** | | 123,711.21 |
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 21,075.97 | |
| UNSECURED | 89,065.26 | |

Date: 06/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM P FAIGHT
    CLAUDINE FAIGHT
        Debtor(s)

Ronda J. Winnecour
        Movant
        vs.
No Repondents.

Case No.:18-70254 JAD

Chapter 13

Document No.:

**ORDER OF COURT**

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                           Case No. 18-70254-JAD
William P Faight                                                                 Chapter 13
Claudine Faight
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                    User: auto                           Page 1 of 4
Date Rcvd: Jun 27, 2023                 Form ID: pdf900                      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol     Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William P Faight, Claudine Faight, 1024 Goucher Street, Johnstown, PA 15905-2945 |
| 14805758 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14805762 | + | Citibank, N.A., 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14805769 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805770 |   | DLP, Conemaugh Phys Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805773 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15496044 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14805775 |   | Memorial Medical Center, P.O. Box 603396, Charlotte, NC 28260-3396 |
| 14805778 | + | Midland Funding, LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14805789 | + | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14805756 | + | Email/Text: bncnotifications@pheaa.org | Jun 28 2023 00:52:00 | Aes/bela-us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14805757 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 28 2023 00:52:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14820047 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:19:16 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14813922 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2023 00:51:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14805763 |   | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 28 2023 00:51:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14805759 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 28 2023 01:19:20 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14805760 | + | Email/Text: bankruptcy@cavps.com | Jun 28 2023 00:53:00 | Cavalry Portfolio, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14825640 | + | Email/Text: bankruptcy@cavps.com | Jun 28 2023 00:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14805761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2023 01:19:26 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14805764 |   | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 14805765 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| | | | |
|---|---|---|---|
| | | Jun 28 2023 00:52:00 | Comenity-Gander MasterCard, P.O. Box 659569, San Antonio, TX 78265-9569 |
| 14805766 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14805767 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 28 2023 00:52:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14805768 | Email/Text: bankruptcy@commercebank.com | Jun 28 2023 00:53:00 | Commerce Bank, P.O. Box 801042, Kansas City, MO 64180-1042 |
| 14989966 | Email/Text: ECMCBKNotices@ecmc.org | Jun 28 2023 00:52:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14818193 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14805771 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jun 28 2023 00:52:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14805772 | + Email/Text: crdept@na.firstsource.com | Jun 28 2023 00:53:00 | First Source, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14805774 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 28 2023 00:53:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14805776 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14805777 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14820028 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 28 2023 00:53:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14855365 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14805779 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 28 2023 00:52:00 | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14823354 | + Email/Text: bncnotifications@pheaa.org | Jun 28 2023 00:52:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14805781 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:06:44 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14806393 | + Email/PDF: rmscedi@recoverycorp.com | Jun 28 2023 01:19:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14831170 | + Email/Text: ebnpeoples@grblaw.com | Jun 28 2023 00:52:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14805780 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2023 01:19:13 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14858772 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14859973 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14831095 | Email/Text: bnc-quantum@quantum3group.com | Jun 28 2023 00:52:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14805782 | + Email/Text: Supportservices@receivablesperformance.com | Jun 28 2023 00:53:00 | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14805783 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:46:17 | Syncb/ashley Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14805784 | + Email/PDF: gecsedi@recoverycorp.com | Jun 28 2023 01:29:51 | Syncb/gap, Po Box 965005, Orlando, FL |

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14805785 | | Email/PDF: gecsedi@recoverycorp.com<br>Jun 28 2023 01:07:09 | | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-5005<br>Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14805787 | + | Email/PDF: gecsedi@recoverycorp.com<br>Jun 28 2023 01:06:50 | | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14805788 | + | Email/PDF: gecsedi@recoverycorp.com<br>Jun 28 2023 01:06:43 | | Synchrony Bank/JC Penny, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14805789 | + | Email/Text: bnc-thebureaus@quantum3group.com<br>Jun 28 2023 00:52:00 | | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14805790 | + | Email/Text: BAN140310@UCBINC.COM<br>Jun 28 2023 00:52:00 | | United Collection Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |
| 14857906 | | Email/PDF: ebn_ais@aisinfo.com<br>Jun 28 2023 01:46:48 | | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14805791 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com<br>Jun 28 2023 00:51:00 | | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company, Inc. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 14812099 | | Conemaugh memorial hospital |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14852248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14805786 | *+ | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2023            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. cwohlrab@raslg.com, cwohlrab@ecf.courtdrive.com |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Jun 27, 2023 | Form ID: pdf900 | Total Noticed: 52 |

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Kenneth P. Seitz
    on behalf of Joint Debtor Claudine Faight thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor William P Faight thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 8