**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | William P Faight<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–3874<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Claudine Faight<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4500<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   18–70254–JAD

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William P Faight                              Claudine Faight

<u>8/22/23</u>                                    **By the court:** <u>Jeffery A. Deller</u>
                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-70254-JAD
William P Faight  Chapter 13
Claudine Faight
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: Aug 22, 2023     Form ID: 3180W     Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William P Faight, Claudine Faight, 1024 Goucher Street, Johnstown, PA 15905-2945 |
| 14805758 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14805762 | + | Citibank, N.A., 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14805769 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805770 | | DLP, Conemaugh Phys Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805773 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15496044 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14805775 | | Memorial Medical Center, P.O. Box 603396, Charlotte, NC 28260-3396 |
| 14805778 | + | Midland Funding, LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |
| 14805789 | + | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Aug 23 2023 03:30:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2023 23:42:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2023 23:41:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14805756 | + | Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | Aes/bela-us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14805757 | + | EDI: TSYS2 | Aug 23 2023 03:30:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14820047 | + | EDI: RECOVERYCORP.COM | Aug 23 2023 03:30:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14813922 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 22 2023 23:41:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14805763 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |

Case 18-70254-JAD    Doc 81    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 3180W | Total Noticed: 54 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Aug 22 2023 23:41:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14805759 | + EDI: CAPITALONE.COM | Aug 23 2023 03:30:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14805760 | + Email/Text: bankruptcy@cavps.com | Aug 22 2023 23:42:00 | Cavalry Portfolio, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14825640 | + Email/Text: bankruptcy@cavps.com | Aug 22 2023 23:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14805761 | + EDI: CITICORP.COM | Aug 23 2023 03:30:00 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14805764 | EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 14805765 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenity-Gander MasterCard, P.O. Box 659569, San Antonio, TX 78265-9569 |
| 14805766 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14805767 | + EDI: WFNNB.COM | Aug 23 2023 03:30:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14805768 | Email/Text: bankruptcy@commercebank.com | Aug 22 2023 23:42:00 | Commerce Bank, P.O. Box 801042, Kansas City, MO 64180-1042 |
| 14989966 | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2023 23:42:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14818193 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2023 23:41:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14805771 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2023 23:41:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14805772 | + Email/Text: crdept@na.firstsource.com | Aug 22 2023 23:42:00 | First Source, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14805774 | + Email/Text: bknotificationdistribution@jhcapitalgroup.com | Aug 22 2023 23:43:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14805776 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14805777 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14820028 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14855365 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2023 23:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14805779 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2023 23:41:00 | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 14823354 | + Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14805781 | EDI: PRA.COM | Aug 23 2023 03:30:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14806393 | + EDI: RECOVERYCORP.COM | Aug 23 2023 03:30:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14831170 | + Email/Text: ebnpeoples@grblaw.com | Aug 22 2023 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14805780 | + EDI: PRA.COM | Aug 23 2023 03:30:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |

Case 18-70254-JAD   Doc 81   Filed 08/24/23   Entered 08/25/23 00:26:58   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 3180W | Total Noticed: 54 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14858772 | | EDI: Q3G.COM | Aug 23 2023 03:30:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14859973 | | EDI: Q3G.COM | Aug 23 2023 03:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14831095 | | EDI: Q3G.COM | Aug 23 2023 03:30:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14805782 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 22 2023 23:42:00 | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14805783 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Syncb/ashley Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14805784 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |
| 14805785 | | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14805787 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14805788 | + | EDI: RMSC.COM | Aug 23 2023 03:30:00 | Synchrony Bank/JC Penny, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14805789 | + | EDI: Q3GTBI | Aug 23 2023 03:30:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14805790 | + | Email/Text: BAN140310@UCBINC.COM | Aug 22 2023 23:41:00 | United Collection Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |
| 14857906 | | EDI: AIS.COM | Aug 23 2023 03:30:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14805791 | + | EDI: VERIZONCOMB.COM | Aug 23 2023 03:30:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company, Inc. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 14812099 | | Conemaugh memorial hospital |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14852248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14805786 | *+ | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: 3180W | Total Noticed: 54 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |
| David W. Raphael | on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Claudine Faight thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor William P Faight thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 8