IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
    WILLIAM P FAIGHT
    CLAUDINE FAIGHT
         Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-70254 JAD

Chapter 13

Related to ECF No. 74

**DEFAULT O/E JAD**

ORDER OF COURT

  AND NOW, this 22nd day of August, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
8/22/23 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jah
JEFFERY A. DELLER
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-70254-JAD
William P Faight  Chapter 13
Claudine Faight
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: auto      Page 1 of 4
Date Rcvd: Aug 22, 2023      Form ID: pdf900      Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William P Faight, Claudine Faight, 1024 Goucher Street, Johnstown, PA 15905-2945 |
| 14805758 | + | Cap1/marcs, Po Box 30258, Salt Lake City, UT 84130-0258 |
| 14805762 | + | Citibank, N.A., 1800 Tapo Canyon Road, Mail Stop #SV-103, Simi Valley, CA 93063-6712 |
| 14805769 | + | Conemaugh Memorial Medical Center, Attn: Patient Accounting, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805770 | | DLP, Conemaugh Phys Group, 1086 Franklin Street, Johnstown, PA 15905-4305 |
| 14805773 | + | Hayt, Hayt & Landau, LLC, Two Industrial Way West, Eatontown, NJ 07724-2279 |
| 15496044 | + | MCLP Asset Company, Inc., Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14805775 | | Memorial Medical Center, P.O. Box 603396, Charlotte, NC 28260-3396 |
| 14805778 | + | Midland Funding, LLC, 123 S. Broad Street, Suite 1660, Philadelphia, PA 19109-1003 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2023 23:41:00 | First National Bank of Pennsylvania, 4140 East State Street, Hermitage, PA 16148-3401 |
| 14805756 | + | Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | Aes/bela-us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14805757 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 22 2023 23:41:00 | Barclays Bank Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14820047 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 23 2023 00:00:18 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14813922 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 22 2023 23:41:00 | Citizens Bank N.A., 1 Citizens Drive Mailstop ROP15B, Riverside, RI 02915 |
| 14805763 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 22 2023 23:41:00 | Citizens Bank Na, 480 Jefferson Blvd, Warwick, RI 02886 |
| 14805759 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2023 23:49:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14805760 | + | Email/Text: bankruptcy@cavps.com | Aug 22 2023 23:42:00 | Cavalry Portfolio, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 14825640 | + | Email/Text: bankruptcy@cavps.com | Aug 22 2023 23:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14805761 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 23 2023 00:00:39 | Citi Cards, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14805764 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2023 23:41:00 | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 14805765 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2023 23:41:00 | Comenity-Gander MasterCard, P.O. Box 659569, |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | San Antonio, TX 78265-9569 |
| 14805766 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2023 23:41:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 14805767 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2023 23:41:00 | Comenitycb/boscov, Po Box 182120, Columbus, OH 43218-2120 |
| 14805768 | | Email/Text: bankruptcy@commercebank.com | Aug 22 2023 23:42:00 | Commerce Bank, P.O. Box 801042, Kansas City, MO 64180-1042 |
| 14989966 | | Email/Text: ECMCBKNotices@ecmc.org | Aug 22 2023 23:42:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14818193 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2023 23:41:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14805771 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Aug 22 2023 23:41:00 | First Natl Bk Of Pa, 4140 E State St, Hermitage, PA 16148-3401 |
| 14805772 | + | Email/Text: crdept@na.firstsource.com | Aug 22 2023 23:42:00 | First Source, LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14805774 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Aug 22 2023 23:43:00 | Jh Portfolio Debt Equi, 5757 Phantom Dr Ste 225, Hazelwood, MO 63042-2429 |
| 14805776 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding, 2365 Northside Dr #300, San Diego, CA 92108-2710 |
| 14805777 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14820028 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2023 23:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14855365 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2023 23:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14805779 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 22 2023 23:41:00 | Nationstar/mr. Cooper, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 14823354 | + | Email/Text: bncnotifications@pheaa.org | Aug 22 2023 23:41:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14805781 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2023 23:49:37 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 14806393 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 22 2023 23:49:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14831170 | + | Email/Text: ebnpeoples@grblaw.com | Aug 22 2023 23:41:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14805780 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2023 23:49:49 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14858772 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2023 23:42:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14859973 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2023 23:42:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14831095 | | Email/Text: bnc-quantum@quantum3group.com | Aug 22 2023 23:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14805782 | + | Email/Text: Supportservices@receivablesperformance.com | Aug 22 2023 23:42:00 | Receivables Performance Management, P.O. Box 1548, Lynnwood, WA 98046-1548 |
| 14805783 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 00:00:18 | Syncb/ashley Furniture, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14805784 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2023 23:47:59 | Syncb/gap, Po Box 965005, Orlando, FL 32896-5005 |

Case 18-70254-JAD    Doc 82    Filed 08/24/23    Entered 08/25/23 00:26:58    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 52 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14805785 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 00:00:23 | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |
| 14805787 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 23 2023 00:00:41 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, FL 32896-0013 |
| 14805788 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2023 23:48:05 | Synchrony Bank/JC Penny, P.O. Box 965064, Orlando, FL 32896-5064 |
| 14805789 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 22 2023 23:41:00 | The Bureaus, 650 Dundee Road, Suite 370, Northbrook, IL 60062-2757 |
| 14805790 | + | Email/Text: BAN140310@UCBINC.COM | Aug 22 2023 23:41:00 | United Collection Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |
| 14857906 | | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2023 23:48:34 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14805791 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 22 2023 23:41:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MCLP Asset Company, Inc. |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| 14812099 | | Conemaugh memorial hospital |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14852248 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14805786 | *+ | Synchrony Bank, P.O. Box 960061, Orlando, FL 32896-0061 |

TOTAL: 3 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor MCLP Asset Company  Inc. cwohlrab@ecf.courtdrive.com, cwohlrab@ecf.courtdrive.com |

| District/off: 0315-7 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Aug 22, 2023 | Form ID: pdf900 | Total Noticed: 52 |

David W. Raphael
    on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Kenneth P. Seitz
    on behalf of Joint Debtor Claudine Faight thedebterasers@aol.com

Kenneth P. Seitz
    on behalf of Debtor William P Faight thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 8