| **Fill in this information to identify the** **Fill in this information to identify the case:** |
|---|
| Debtor 1    Claudine Faight |
| Debtor 2    William P. Faight |
| Debtor 2 |
| United States Bankruptcy Court for the WESTERN District of Pennsylvania |
| Case number    18-70254 JAD |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court claim no**. (if known): *19

**Last 4 digits** of any number you use to identify the debtor's account: 1305

**Date of payment change:**
Must be at least 21 days after date of this notice    03/01/2021

**New total payment:**    $1386.82
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $346.82         New escrow payment: $515.81

### Part: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%
   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)
   Reason for change: _____
   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1

Debtor(s)    <u>Claudine</u>         <u>Faight, William P.</u>    <u>Faight</u>    Case number *(if known)*  <u>18-70254 JAD</u>
             First Name     Middle Name           Last Name

| Part 4: | **Sign Here** |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Brian C. Nicholas*               Date   12/28/2020
Signature
Brian Nicholas
28 Dec 2020, 15:45:53, EST

Title  <u>Attorney for Creditor</u>

Company    <u>KML Law Group, P.C.</u>

Address    <u>701</u>      <u>Market Street, Suite 5000</u>
           Number      Street
           Philadelphia,                        PA     19106
           City                                 State  ZIP Code

Contact phone  (215) 627–1322          Email  bkgroup@kmllawgroup.com

Document ID: a32747abf55ec21b35d5904b5ce1063ac3f3163bbed20ab47876d451a6581772